UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/2/2021
```

American Airlines, Inc.

                Plaintiff,

–v–

Open Source Matters, Inc., *et al.*,

                Defendants.

21-cv-6681 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

        The Court is in receipt of Plaintiff's request to adjourn the initial pretrial conference scheduled for November 5, 2021 and postpone the deadline to submit a case management plan. Dkt. No. 17. The Court hereby GRANTS the request. The initial pretrial conference is hereby ADJOURNED to January 28, 2022 at 3:00 PM. The parties are ORDERED to submit a joint letter and proposed case management plan in accordance with Dkt. No. 14 no later than ten days before the conference.

        The Court is also in receipt of Plaintiff's unopposed motion to amend/correct the complaint. Dkt. No. 19. The Court hereby GRANTS the motion.

        This resolves Dkt. Nos. 17 and 19.

        SO ORDERED.

Dated: November 2, 2021
       New York, New York

                                          ALISON J. NATHAN
                                          United States District Judge