UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

American Airlines, Inc.

             Plaintiff,

–v–

Open Source Matters, Inc., et al.,

             Defendants.

21-cv-6681 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of Plaintiff's letter request for expedited discovery and an extension of time to respond to Defendant's motion to dismiss. Dkt. No. 34. The extension requested is hereby GRANTED. Accordingly, Plaintiff's response is due March 8, 2022, and any reply is due March 15, 2022.

    The Court has referred this case to the Magistrate Judge for general pretrial management. The Magistrate Judge will rule on Plaintiff's request for expedited discovery in due course.

    SO ORDERED.

Dated: January 31, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge