UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN AIRLINES, INC.,<br><br>        Plaintiff,<br><br>-against-<br><br>OPEN SOURCE MATTER, INC.,<br>CLOUDACCESS.NET, LLC,<br>XYZ CORPORATIONS 1 THROUGH 100,<br>JOHN DOES 1 THROUGH 100.,<br><br>        Defendants. | **ORDER SCHEDULING DISCOVERY CONFERENCE**<br><br>1:21-CV-6681 (AJN)(KHP) |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

  This case has been referred to me for general pretrial supervision purposes (Doc. No. 36). A Discovery Conference will be held on **Wednesday, February 9, 2022 at 11:00 a.m.** to address the parties' outstanding discovery disputes. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

  SO ORDERED.

Dated: February 1, 2022
     New York, New York

                        KATHARINE H. PARKER
                        United States Magistrate Judge