```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/07/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN AIRLINES, INC.,

                Plaintiff,

-against-

OPEN SOURCE MATTER, INC.,
CLOUDACCESS.NET, LLC,
XYZ CORPORATIONS 1 THROUGH 100,
JOHN DOES 1 THROUGH 100.,

                Defendants.

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

1:21-CV-6681 (PAC)(KHP)

---

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A settlement conference in this matter utilizing the Zoom platform is scheduled for **Thursday, May 19, 2022 at 2:00 p.m.**  Counsel for the Plaintiff is directed to set up and send a Zoom invitation to Judge Parker's chambers prior to the scheduled conference date.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **May 12, 2022 by 5:00 p.m.**

      SO ORDERED.

Dated:   February 1, 2022
            New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge