IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| American Airlines, Inc., | ) | |
|     *Plaintiffs,* | ) ) ) | |
| v. | ) ) ) | Case No. 21-cv-6681 (PAC) |
| Open Source Matters, Inc., CloudAccess.net, LLC, Cloud Access LLC, XYZ Corporations 1 through 100, John Does 1 through 100.     *Defendants.* | ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiff American Airlines Inc. ("American") and Defendant Cloud Access LLC's ("Cloud's") hereby file this Agreed Motion to Dismiss With Prejudice and state as follows:

### I.
### SETTLEMENT

Plaintiff filed the above-captioned matter on August 7, 2021. Plaintiff has reached settlement with Cloud Access LLC, and separately with Open Source Matters. Only Cloud Access LLC has appeared in this matter. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff moves to dismiss this action in its entirety, and Defendant Cloud Access LLC stipulates to this dismissal.

### II.
### REQUESTED RELIEF

Plaintiff respectfully requests the action be dismissed with respect to Cloud Access LLC and Open Source Matters, Inc. with prejudice, and with respect the other parties who have not appeared, specifically, CloudAccess.net, LLC, XYZ Corporations 1 through 100, and John Does

1

1 through 100, without prejudice. Each party shall bear its own expenses and costs of court, including attorneys' fees.

Respectfully Submitted,

Dated: August 16, 2022

By: /s/ Daniel P. Filor

Daniel P. Filor
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Ave
New York, NY 10166
Telephone: (212) 801-9200
Email: filord@gtlaw.com

Nathan J. Muyskens,
*Pro Hac Vice* Admission to be Sought
GREENBERG TRAURIG, LLP
2101 L St. NW, Suite 1000
Washington, DC 20037
Telephone: (202) 331-3100

Cameron M. Nelson
*Pro Hac Vice* Admission to be Sought
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Telephone: (312) 456-8400

Counsel for Plaintiff AMERICAN AIRLINES, INC.

8/17/2022
This action is dismissed with prejudice as Cloud Access LLC and Open Source Matters. As to CloudAccess.net, LLC and the remaining defendants, the matter is dismissed without prejudice. The Clerk is directed to close this case.

*[signature: Paul A. Crotty]*